UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-4 Dayquan Johnson

    Defendant.
_____/

Criminal No. 20-20448

Hon. Robert H. Cleland

## ORDER TO SEAL

The government having moved to seal Exhibit A in support of the United States' Memorandum in Support of Sentencing and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that Exhibit A in support of the United States' Memorandum in Support of Sentencing, as well as the motion to seal this order be sealed until further Order of the Court.

s/Robert H. Cleland
Robert H. Cleland
United States District Judge

Dated:  May 10, 2022